456

Respondent, v. ALBERT PARADY, Appellant, et al., Defendants. (QQ) MILLS STUDIO, INC., Respondent, v. CHENANGO VALLEY REALTY CORP. et al., Appellant and FAMILY BARGAIN CENTERS, INC., Respondent. (RR) In the Matter of the Claim of WILLIAM DREW, Appellant, v. CITY OF TROY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (SS) In the Matter of JERIL BENEDIT et al., Petitioners, v. STANLEY ROBERTS, Individually and as Superintendent of Highways of the Town of Eaton, et al., Respondents.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue on or before August 7, 1961, and are ready for argument at the Term to commence September 6, 1961, in which event motions denied.

■ (A) In the Matter of GEORGE STOWE, Respondent, v. EDWIN SEIFORTH et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS P. REILLY, Appellant. (C) In the Matter of the Claim of NORMAN MARABLE, Respondent, v. W. E. CALLAHAN & J. P. SHIRLEY CONSTRUCTION COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (D) SHERBERT HUDDLESTON, Appellant, v. ROBERT WILLIAMS et al., Respondents. (E) COLDWATER SEAFOOD CORP., Respondent, v. SWAN LAKE FISH CO., INC., Appellant. (F) In the Matter of the Claim of GERTRUDE PERRAULT, Respondent, v. FRANK TWITTY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. (G) ARTHUR C. KOEHLER, Appellant, v. JANE E. KOEHLER, Respondent. (H) In the Matter of the Claim of WILLIAM FRETWELL, Appellant, v. LANFEAR NORRIE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (I) ANDREW W. HOWLEY, as Administrator of the Estate of CATHERINE R. HOWLEY, Deceased, Appellant, v. CITY OF ITHACA, Respondent. (J) DOMINIC OLIVERI, Appellant, v. BILLY R. SMITH et al., Respondents. (K) In the Matter of the Claim of ELIZABETH T. FORTIN, Appellant, v. O'BRIEN-FORTIN, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (L) EDWARD C. DIAMOND, Respondent, v. STAR AND STRAND TAXI, INC., et al. ELIZABETH L. HYDORN et al., Respondent-Appellants, v. STAR AND STRAND TAXI, INC., et al., Appellants-Respondents. JOHN McDONALD, Appellant-Respondent, v. EDWARD C. DIAMOND, Respondent-Appellant. (M) In the Matter of JOHNSTON, INC., Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (N) In the Matter of the Claim of NICHOLAS MIKOLAJKO, Appellant, v. ANTHONY F. LANNONE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (O) In the Matter of LILLIAN C. LAMBO v. STAUB & SON, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (P) FRANK SNYDER, Respondent, v. GEORGE WALDENMAIER, Appellant. (Q) In the Matter of the Claim of CHARLES KRAHMER, Appellant, v. PRACTICE BUILDERS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (R) FLORENCE DUNN et al., Appellants, v. CITY SCHOOL DISTRICT OF THE CITY OF GLENS FALLS, Respondent. (S) In the Matter of the Claim of CURNELL R. RELYEA, Appellant, v. J. H. NICHOLSON, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (T) In the Matter of the Claim of ROGER BOSLEY, Appellant, v. HOMER RABIDEAU et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (U) In the Matter of the Claim of HIRAM A. WORDEN, Appellant, v. GENERAL DROP FORGE CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (V) In the Matter of the Claim of HELEN DAVIDAITIS, Appellant, v. JAMES CAPUTO, Doing Business as YE OLDE BURGOYNE INN, et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motions to dismiss appeals granted, by default, without costs.

■ (A) In the Matter of the Claim of STANLEY GRZANKOWSKI, Respondent, v. AMERICAN BRASS COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD,